ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:36:43 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00617-CV

_____

**IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/28/2015 5:36:43 PM
CHRISTOPHER A. PRINE
Clerk

_____

BOB DEUELL,

*Appellant,*

v.

TEXAS RIGHT TO LIFE COMMITTEE, INC.,

*Appellee.*

_____

On Interlocutory Appeal from the 152nd District Court, Harris County, Texas

_____

## NOTICE OF APPEARANCE AS APPELLATE COUNSEL FOR APPELLEE

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Notice is hereby given that Nicholas D. Stepp, with Beirne, Maynard & Parsons, L.L.P., is entering his appearance as appellate counsel for Appellee in the above-referenced cause. Counsel requests that the Court and all counsel serve the undersigned with copies of all future papers and notices in this cause at the e-mail address and physical address provided below.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

By: /s/ Nicholas D. Stepp

**N. Terry Adams, Jr.**
Texas Bar No. 00874010
tadams@bmpllp.com
**Joseph M. Nixon**
Texas Bar No. 15244800
jnixon@bmpllp.com
**Nicholas D. Stepp**
Texas Bar No. 24077701
nstepp@bmpllp.com
1300 Post Oak Blvd, Suite 2500
Houston, Texas 77056
(713) 623-0887 (Tel)
(713) 960-1527 (Fax)

**James E. "Trey" Trainor**
Texas Bar No. 24042052
ttrainor@bmpllp.com
401 W. 15th Street, Suite 845
Austin, Texas 78701
Telephone: (512) 623-6700
Fax: 623-6701

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the Texas Rules of Appellate Procedure and the Local Rules of this Court and that the foregoing Notice of Appearance as Appellate Counsel for Appellee has been electronically filed and served on all counsel of record in accordance with these Rules on this the 28th day of September, 2015.

George E. Hyde
Scott M. Tschirhart
Denton Navarro Rocha Bernal Hyde & Zech, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
george.hyde@rampage-aus.com

/s/ Nicholas D. Stepp
Nicholas D. Stepp

2231469v.1 004918/107256